02-11-084-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00084-CV

 

 


 
 
 Audie
 James
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 PHH Mortgage Corporation
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On
September 9 and October 12, 2011, we notified appellant that his brief had not
been filed as required by Texas Rule of Appellate Procedure 38.6(a).  See
Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for
want of prosecution unless appellant or any party desiring to continue this
appeal filed with the court within ten days a response showing grounds for
continuing the appeal.  See Tex. R. App. P. 42.3.  We have not
received any response.

Because
appellant's brief has not been filed, we dismiss the appeal for want of
prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.  

 

DELIVERED: 
November 23, 2011  

 











[1]See Tex. R. App. P. 47.4.